■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACK REID, Appellant.—Order unanimously affirmed (see, People v Christian, 158 AD2d 705). (Appeal from Order of Erie County Court, LaMendola, J.—CPL art 440.) Present—Callahan, J. P., Green, Lawton, Davis and Doerr, JJ.

■ LOUIS KRUPAT et al., Appellants, v NORSTAR BANK, N. A., et al., Respondents.—Order and judgment unanimously affirmed without costs for reasons stated at Supreme Court, Fallon, J.—(Appeal from Order and Judgment of Supreme Court, Erie County, Fallon, J.—Summary Judgment.) Present—Callahan, J. P., Green, Lawton, Davis and Doerr, JJ.